IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK
_____
UNITED STATES OF AMERICA
                                    Plaintiff,     05-CV-6551T
        -vs-

Harvey J. Bridger, et al.
                            Defendants.
_____

## ORDER TO REFORM MORTGAGE TO
## ADD PALMA LEWIS AS MORTAGGOR

This matter having come on for hearing on February 9, 2006, upon the United States' Motion for Judgment of Foreclosure and Sale, for Amendment of the caption by dropping the defendant, "John Doe, Mary Roe and XYZ Corporation" from the caption of this action and to reform the mortgage that is the subject of this foreclosure proceeding to add Palma Lewis as a mortgagor, and upon due deliberation of the Court, it is

ORDERED, ADJUDGED AND DECREED, as follows:

That the mortgage given by Harvey Bridger to the United States of America dated 12/14/89 and recorded on 12/14/1989 in the Wayne County Clerk's Office in Liber 667 of Mortgages at Page 595 is reformed to add Palma Bridger as a mortgagor.

That the Wayne County Clerk's Office is directed to index a copy of this order in its land records as against the mortgaged premises.

**Dated: Rochester, New York, February 9, 2006**

                                    **S/ MICHAEL A. TELESCA**
                                    **Honorable Michael A. Telesca**
                                    **United States District Judge**